734 A.2d 1278

COMMONWEALTH of Pennsylvania, Appellant,

v.

Richard SZYMANSKI, Appellee.

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.

Decided Sept. 8, 1999.

Mark D. Waitlevertch, Meadville, Paula C. DiGiacomo, for Com.

Bruce A. Barrett, Meadville, for Richard Szymanski.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Crawford County Court of Common Pleas dated June 2, 1998. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.